

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00158-CV

Sandy **SCHINZEL**,
Appellant

v.

Charles G. **TATE**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV000835
Honorable Jason Wolff, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  June 3, 2015

DISMISSED FOR LACK OF JURISDICTION

Appellant filed a notice of appeal March 23, 2015, stating that she intended to appeal from the trial court's judgment signed on March 19, 2015. However, the trial court clerk has informed the clerk of this court that there is currently no final judgment in the cause. Indeed, from the motion for emergency relief filed by appellant on March 26, 2015 (and subsequently denied by this court), it appears that the justice of the peace signed a writ of possession in a suit to evict appellant and appellant has appealed to the county court. From appellant's motion, it appears her appeal may still be pending in the county court. If there is no final judgment signed by the county court, this

court has no jurisdiction to hear this appeal. Therefore, on April 27, 2015, we ordered appellant to show cause by May 7, 2015, why this appeal should not be dismissed for lack of jurisdiction. Appellant has not responded. We dismiss this appeal for lack of jurisdiction.

PER CURIAM